STATE OF NEW JERSEY v. GEORGE LEE POWELL, JR.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CEPHUS MILFORD.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT HENDLEY.

February 26, 1980.

Petition for certification denied.